Joseph ROSSI, Plaintiff and Appellee, v. CHRYSLER CORPORATION, a Delaware Corporation, Defendant and Appellant.

No. 8490.

Circuit Court of Appeals, Sixth Circuit.

Feb. 13, 1940.

Kerr, Lacey & Scroggie, of Detroit, Mich., for appellant.

Alexander, McCaslin & Cholette, of Detroit, Mich., for appellee.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

On reading and filing the stipulation attached hereto and it appearing to the Court that the above entitled cause has been discontinued in the District Court for the reason that a satisfactory settlement has been effected between the parties, and the Court being fully advised in the premises, it is ordered that the above entitled appeal be and the same hereby is discontinued without costs to either of the parties hereto.

SOUTHWESTERN DISTILLED PRODUCTS, Inc., Petitioner, v. W. S. ALEXANDER, Administrator, Federal Alcohol Administration.

No. 455, Orig.

Circuit Court of Appeals, Eighth Circuit.

Feb. 26, 1940.

Briggs G. Simpich, of Washington, D. C., for petitioner.

Thurman Arnold, Asst. Atty. Gen., Herbert Borkland, Sp. Asst. to Atty. Gen., and Phillip E. Buck, Gen. Counsel, Federal Alcohol Administration, and John Paulding Brown, Sp. Asst. to General Counsel, Federal Alcohol Administration, both of Washington, D. C., for respondent.

PER CURIAM.

Petition to review order of W. S. Alexander, Administrator of Federal Alcohol Administration dismissed without costs to either party in this Court, pursuant to agreement of counsel.